**Order entered September 19, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-17-00613-CV

---

### ROSANA STIRUP, Appellant

### V.

### ANSHUTZ TEXAS, LP, Appellee

---

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-14110

---

## ORDER

The reporter's record in this appeal is overdue. By postcard dated July 6, 2017, we notified Sharron Rankin, Official Court Reporter for the 160th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. When the record had not been filed by August 24, 2017, we ordered Ms. Rankin to file, no later than September 8, 2017, either the record or written verification no hearings were recorded or appellant had not requested, paid for, or made arrangements to pay for the record and had not been found entitled to proceed without payment of costs. To date, however, Ms. Rankin has not responded.

This appeal cannot proceed until the issue of the reporter's record is resolved. Accordingly, we **ORDER** Ms. Rankin to file the reporter's record or previously requested

written verification **no later than October 4, 2017**.  We expressly **CAUTION** Ms. Rankin that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk of the Court to send a copy of this order to (1) the Honorable Jim Jordan, Presiding Judge of the 160th Judicial District Court; (2) Ms. Rankin; and, (3) the parties.

/s/    CRAIG STODDART
JUSTICE